### 14065.   HARRISON *v.* THE STATE.

BLOODWORTH, J. The grounds of the amendment to the motion for a new trial are without merit; the evidence is sufficient to support the verdict of the jury; their finding has the approval of the trial judge, and the judgment is   *Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MARCH 6, 1923.

Accusation of using opprobrious words; from city court of Jesup — Judge Clark. October 13, 1922.

*James R. Thomas & Son,* for plaintiff in error.

*W. B. Gibbs, solicitor,* contra.